UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DELAIZARAH ZGRAGGEN
ROSARIO,**

            **Plaintiff,**

**v.**                                       **Case No:  6:17-cv-2169-Orl-41GJK**

**COMMISSIONER OF  SOCIAL
SECURITY,**

            **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1). Plaintiff seeks review

of the final decision of the Commissioner of Social Security ("the Commissioner") denying her

Supplemental Security Income benefits. United States Magistrate Judge Gregory J. Kelly

submitted a Report and Recommendation (Doc. 22), recommending that the Court reverse the

Commissioner's decision pursuant to sentence four of § 405(g) and remand the case for further

proceedings.

After a *de novo* review of the record, and noting that no objections were timely filed, the

Court agrees with the analysis set forth in the Report and Recommendation. Accordingly, it is

**ORDERED** and **ADJUDGED** as follows:

      1.   The Report and Recommendation (Doc. 22) is **ADOPTED** and **CONFIRMED** and

           made a part of this Order.

      2.   The final decision of the Commissioner is **REVERSED** pursuant to sentence four

           of  42  U.S.C.  §  405(g)  and  **REMANDED**  to  the  Commissioner  for  further

           proceedings.

3. The Clerk is directed to enter judgment accordingly. Thereafter, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 25, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record